## VAUGHN OUTLAW *v.* COMMISSIONER OF CORRECTION
### (AC 25020)

Lavery, C. J., and DiPentima and Gruendel, Js.

Argued March 24—officially released May 3, 2005

Per Curiam. The appeal is dismissed.

## GARY MARTINO *v.* COMMISSIONER OF CORRECTION
### (AC 25205)

Dranginis, Bishop and DiPentima, Js.

Submitted on briefs April 1—officially released May 3, 2005

Per Curiam. The appeal is dismissed.

## BROOKE GANSER *v.* ATLANTA CASUALTY COMPANY
### (AC 25731)

Dranginis, Bishop and DiPentima, Js.

Submitted on briefs April 1—officially released May 3, 2005

Per Curiam. The judgment is affirmed.